CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
CHRISTOPHER K. PETERSEN (SBN 260631)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:	310.229.1000
Facsimile:	310.229.1001

Attorneys for ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NWAMU, an individual; on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ERNST & YOUNG, LLP, a Delaware Corporation,<br><br>　　　　　Defendants. | Case No. 09 CV 0628 WQH (RBB)<br><br>**JOINT STIPULATION OF DISMISSAL** |

1  Plaintiff Edward Nwamu ("Plaintiff") and Defendant Ernst & Young LLP have reached a
2  mutually-agreeable resolution of Plaintiff's individual claims in the above-captioned action. Pursuant
3  to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismissal of Plaintiff's
4  claims with prejudice. Each party shall bear its own costs.

5  Because this case has not been certified as a class action, no putative class members have
6  become parties or class members in this action, and the parties agree that this stipulation of dismissal is
7  without prejudice as to the claims of absent putative class members. Accordingly, the parties'
8  settlement does not implicate the notice and approval requirements of Federal Rule of Civil Procedure
9  23(e) or 28 U.S.C. § 1711, *et seq. See, e.g.*, Manual for Complex Litigation (Fourth) § 21.312 (2008)
10 ("Rule 23(e) requires notice of a settlement only if it would bind the class. If individual members
11 settle claims before class certification, notice to the class is not required even if the class claims have
12 been dismissed without prejudice or withdrawn."); Commentary to 2003 Amendments to Federal Rule
13 of Civil Procedure 23(e)(1)(A) (noting that court approval is not required for settlement of individual
14 claims prior to certification of class); 28 U.S.C. § 1711(6) defining "proposed settlement" subject to
15 statute to include only those agreements that are "subject to court approval and…if approved, would be
16 binding on some or all class members").

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

JOINT STIPULATION OF DISMISSAL

1  The parties request that the Court close the case file and take any other necessary procedural
2  and administrative actions to terminate this action.

AKIN GUMP STRAUSS HAUER & FELD LLP

DATE: 8/13/2009

_____
Gregory W. Knopp
Attorneys for Defendant Ernst & Young LLP

BLUMENTHAL, NORDREHAUG & BHOWMIK

DATE: 8/12/2009

_____
Aparajit Bhowmik
Attorneys for Plaintiff Edward Nwamu

JOINT STIPULATION OF DISMISSAL