

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD NWAMU, an individual; on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br>vs.<br>ERNST & YOUNG, LLP, a Delaware Corporation,<br><br>Defendant. | CASE NO. 09cv628 WQH (RBB)<br><br>ORDER |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion to Dismiss is **GRANTED**. (Doc. # 11). Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the absent putative class members' claims are **DISMISSED WITHOUT PREJUDICE**.

Dated: 8/26/09

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

09cv628 WQH (RBB)